UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN MAX ANTHONY BROWN,

    Plaintiff,

v.                                                     Case No. 3:21cv2921-MCR-HTC

WILLIAM "RICH" POWELL;
ESCAMBIA COUNTY BOARD OF
COUNTY COMMISSIONERS; and
ESCAMBIA COUNTY SHERIFF'S
OFFICE,

    Defendants.

_____\

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 7, 2022. ECF Doc. 9.   The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   There have been no timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv2921-MCR-HTC

Accordingly, it is **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this Order.

2. That this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with Court orders.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 26th day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**